JS-6

FILED
CLERK U.S. DISTRICT COURT

JAN 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKAY J. FAAMASINO, | Case No. EDCV 05-0074 DDP(JC) |
| Plaintiff, | (~~PROPOSED~~) |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: 1-10-08

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE